NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL ANDRE JACKSON,
a/k/a MICHAEL A. JACKSON, JR.,

      Appellant,

v.                                        Case No. 2D18-101

STATE OF FLORIDA,

      Appellee.

Opinion filed December 14, 2018.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard Sanders, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and VILLANTI and SLEET, JJ., Concur.